# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAI XIONG,<br><br>           Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:22-cv-0491 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 21)<br><br>ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF YAI XIONG AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

   Yai Xiong and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on March 23, 2023.  (Doc. 21.)  Pursuant to the terms of the stipulation, "the Appeals Council will remand the case to an Administrative Law Judge… for a new decision."  (*Id*. at 1.)  The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

   1.   Plaintiff's motion for summary judgment (Doc. 18) is terminated as **MOOT**.
   2.   The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
   3.   The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Yai Xiong and

against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **April 25, 2023**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer L. Thurston*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE